AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of California ▼

| | | |
|---|---|---|
| United States of America<br>v.<br>NAVEEN SOOD<br><br>*Defendant* | ) ) ) ) ) ) | Case No.  21-cr-0111 EMC |

**FILED**

Mar 22 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:  3/18/21

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Josh A. Cohen
*Printed name of defendant's attorney*

_____
*Judge's signature*

United States Magistrate Judge Sallie Kim
*Judge's printed name and title*